**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | DOL |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | Same Defendant _____ | New Defendant _____ | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number | 21-mj-4193-DHH | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | DONNA WASSON | Juvenile: | ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |
| Alias Name | | | |
| Address | (City & State) San Antonio, TX | | |
| Birth date (Yr only): 1984 | SSN (last4#): 6512 | Sex F   Race: White | Nationality: |

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: William Abely and Dustin Chao    Bar Number if applicable: 660281

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/16/2021    Signature of AUSA: /s/ William F. Abely

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   DONNA WASSON

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____