Donna Wasson 40398-509
Wyatt Detention Facility
950 High St
Central Falls RI, 02863

FILED
IN CLERKS OFFICE

2021 NOV 15  AM 12: 19

DISTRICT COURT
DISTRICT OF MASS.

November 8, 2021

Honorable Judge Dennis Saylor
1 Courthouse Way
Boston MA, 02210

    I am writing this letter to address some items during my Rule 11 hearing today. My attorney did not inform me that you would be asking me so many questions and I was caught off guard. I would like to correct some of my answers formally for the record please.

    Question 1: Am I currently taking any medication? I answered no. I thought you had meant at the time of my arrest. However, after some clarification I realized the present was being referenced. The new answer should reflect that yes I am currently taking medication, and no it does not impair my ability to plead guilty.

    Question 2: Have I been diagnosed with any mental illness? I answered no. I feel I should have possibly elaborated on this a little more due to the fact that I am under mental health treatment at this time but unaware of my official diagnosis. The medication from question 1 is mental health medication.

    I sincerely apologize for any confusion this may have caused.

Respectfully Summited,

*Donna Wasson*

Donna Wasson