UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )<br>                                                   )<br>                                                   )<br>DONNA WASSON,                      )<br>                                                   )<br>           Defendant                       )<br>                                                   ) | Docket No. 1:21-CR-10167-FDS |

## UNITED STATES' SENTENCING NOTICE

The United States hereby states that it intends to recommend a sentence within the guideline sentencing range ("GSR").  Specifically, as per the plea agreement, the United States will recommend a sentence to include 18 months imprisonment.  The United States respectfully submits that such sentence, which is at the high-end of the GSR, is appropriate in light of the nature of Defendant's criminal conduct, Defendant's prior criminal history, and the United States' agreement to dismiss Count Four of the Indictment as part of the plea agreement.

Pursuant to the Court's Procedural Order (Docket 32, ¶ 10), the United States further states that there are no legal issues not adequately addressed in the Presentence Investigative Report ("PSR") and that there are no factual issues that require an evidentiary hearing.

                                                        Respectfully submitted,

                                                        RACHAEL S. ROLLINS
                                                        UNITED STATES ATTORNEY

                                                        By:*/s/   William F. Abely*
                                                        WILLIAM F. ABELY
                                                         Assistant U.S. Attorney
                                                        William.abely@usdoj.gov

Date: March 1, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that this document will be filed via ECF and thereby transmitted to all counsel of record; a copy will also be sent via email to United States Probation.

                                                /s/   *William F. Abely*
                                                WILLIAM F. ABELY
                                                Assistant U.S. Attorney

Date: March 1, 2022